1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8    FRANK LEWIS,                              No. C 10-3801 SI (pr)

9              Plaintiff,                      **ORDER OF DISMISSAL**

10        v.

11   PEOPLE OF THE STATE OF
     CALIFORNIA,
12
              Defendants.
13   _____/

14

15        On August 26, 2010, mail was sent to plaintiff at the county jail address he provided to

16   the court and was returned undelivered on September 7, 2010, with a cover letter from the Office

17   of the Sheriff, explaining that Lewis had been released from custody.  Plaintiff has not provided

18   any address other than the one to which the undeliverable mail was sent.  More than sixty days

19   have passed since the mail was returned to the court undelivered.  Plaintiff has failed to comply

20   with Local Rule 3-11(a) which requires that a party proceeding pro se must "promptly file with

21   the Court and serve upon all opposing parties a Notice of Change of Address specifying the new

22   address" when his address changes.  Local Rule 3-11(b) allows the court to dismiss a complaint

23   without prejudice when mail directed to a pro se party is returned as not deliverable and the pro

24   se party fails to file a notice of his current address within sixty days of the return of the

25   undelivered mail.  For the foregoing reasons, this action is dismissed without prejudice because

26   plaintiff failed to keep the court informed of his address in compliance with Local Rule 3-11(a).

27        IT IS SO ORDERED.

28   Dated: January 26, 2011

                                         _____
                                               SUSAN ILLSTON
                                         United States District Judge

**United States District Court**
For the Northern District of California