UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEWIS, | No. C 10-3801 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Defendants. | |

This action is dismissed without prejudice because plaintiff failed to keep the court informed of his address.

IT IS SO ORDERED AND ADJUDGED.

Dated: January 26, 2011  _____
SUSAN ILLSTON
United States District Judge